# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133869

GLEN C. ALBER, JR.,
          Plaintiff-Appellant,
and

MICHIGAN INSURANCE COMPANY,
          Intervening Plaintiff-Appellee,

v

BIG RAPIDS AUTOMOTIVE, INC., and STATE
FARM FIRE & CASUALTY INSURANCE
COMPANY,
          Defendants-Appellees.

SC: 133869
COA: 274872
WCAC: 00-050048

_____/

      On order of the Court, the application for leave to appeal the March 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

          Clerk

l0914